Fatemeh **NAJAFIAN**, Debtor–Appellant,

v.

**CHEVY CHASE BANK; Capital One N.A.; Fannie Mae, Creditors–Appellees,**

**Kevin R. McCarthy; W. Clarkson McDow, Jr., U.S. Trustee, Trustees–Appellees.**

No. 12–2081.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 26, 2012.

Fatemeh Najafian, Appellant Pro Se. Jeffrey Dean McMahan, Jr., Tennille Jo Checkovich, McGuirewoods, LLP, Richmond, Virginia; Lori Michelle Scott, McGuirewoods, LLP, Tysons Corner, Virginia; Frank J. Bove, Martha Lorene Davis, Office of the United States Trustee, Alexandria, Virginia, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatemeh Najafian appeals the district court's order affirming the bankruptcy court's order dismissing her action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Najafian v. Chevy Chase Bank,* No. 1:12–cv–00462–GBL–TCB. (E.D. Va. Mar. 21, 2012; Aug. 21, 2012). We grant Najafian's motion for leave to proceed in forma pauperis and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*